

## NUMBER 13-15-00081-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

JUAN GABRIEL ESPRONCEDA,                                    **Appellant,**

**v.**

SYLVIA SUE HANDY ESPRONCEDA,                              **Appellee.**

---

### On appeal from the County Court at Law No. 2
### of Hidalgo County, Texas

---

## ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the appellant's unopposed motion to abate the appeal to allow the parties the opportunity to engage in informal mediation. The Court, having examined and fully considered the documents on file and the unopposed motion

to abate, is of the opinion that the motion to abate the appeal should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until May 18, 2015.

The Court directs appellant to file, on or before May 18, 2015, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
2nd day of April, 2015.